JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Robert Cauley

        Plaintiff,

v.

Consolidated Board of Realtists of Southern California et al

        Defendants.

Case No. CV 16-00951-AB (JEMx)

ORDER DISMISSING CIVIL ACTION

    THE COURT having been advised that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: January 13, 2017

                              ANDRÉ BIROTTE JR.
                              UNITED STATES DISTRICT JUDGE